UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                    6:13-mj-1145-TBS-1

WILLIAM DOMENECH

_____

## ORDER

This case came before the Court on February 18, 2014, on the issue of Defendant

William Domenech's mental competency.  Defendant was examined by Jeffrey A.

Danziger, M.D.  who concluded that he is competent to proceed.  (Doc. S-22).  Counsel

for Defendant accepted and did not contest the report.  Counsel for the Government

agreed with the report.  Accordingly, the Court found on the record, and now finds, that

Defendant William Domenech is competent to proceed.

DONE AND ORDERED in Orlando, Florida, on February 18, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Defendant